IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MICHAEL TYSON LEE, AIS 240003, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:21-cv-664-ECM |
| ) | |
| JARED AMMONS, ) | |
| ) | |
| Defendant. ) | |

**O R D E R**

On November 4, 2024, the Magistrate Judge entered a Recommendation (doc. 35) to which no timely objections have been filed. Upon an independent review of the file and upon consideration of the Recommendation, it is

ORDERED as follows:

1. The Recommendation of the Magistrate Judge (doc. 35) is ADOPTED as modified;

2. The Defendant's special report (doc. 22) is CONSTRUED as a motion to dismiss, and the motion to dismiss (doc. 22) is GRANTED to the extent that the Plaintiff's federal claims pursuant to 42 U.S.C. § 1983 are DISMISSED without prejudice for failure to exhaust administrative remedies;

3. The Court declines to exercise supplemental jurisdiction over the Plaintiff's state law claims pursuant to 28 U.S.C. § 1367(c)(3), and the state law claims are DISMISSED without prejudice;

4. Other than the filing fee assessed to the Plaintiff, no costs are taxed;

5.  This case is DISMISSED without prejudice.

A separate Final Judgment will be entered.

DONE this 7th day of February, 2025.

                                        /s/ Emily C. Marks  
                               EMILY C. MARKS  
                               CHIEF UNITED STATES DISTRICT JUDGE